

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00471-CV

| | | |
|---|---|---|
| Main Street Schools, L.L.C. d/b/a Montessori Country Day School and William J. Vesterman | § § | From County Court at Law No. 2 of Denton County (CV-2012-00879) |
| v. | § | June 4, 2015 |
| Jason and Lori Bimmerle | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a take-nothing judgment for appellants.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
       Justice Bonnie Sudderth